IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| EXCLUSIVELY CATS VETERINARY HOSPITAL, P.C., a Michigan corporation, individually and as the representative of a class of similarly-situated persons,<br><br>Plaintiff,<br><br>v.<br><br>FLORIDA INFUSION SERVICES, INC. and JOHN DOES 1- 10,<br><br>Defendants. | Civil Action No.:  1:12-CV-15429-AC-MAR<br><br>Hon. Avern Cohn |

**JOINT STIPULATION TO VOLUNTARILY DISMISS**

Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii), Plaintiff, EXCLUSIVELY CATS VETERINARY HOSPITAL, P.C. and Defendant, FLORIDA INFUSION SERVICES, INC., through their respective attorneys, hereby stipulate to voluntarily dismiss this action with prejudice as to Plaintiff's individual claims.  Rule 23(e) does not apply because no class was certified.  Putative Class claims are dismissed without prejudice.

By: /s/Brian J. Wanca
   Brian J. Wanca
   ANDERSON + WANCA
   3701 Algonquin Road, Suite 760
   Rolling Meadows, IL  60008
   Telephone: 847/368-1500

   *Attorneys for Plaintiff*

By: /s/John M. Sier
   John M. Sier
   Kitch Drutchas Wagner Valitutti
   &amp; Sherbrook
   One Woodward Avenue, Suite 2400
   Detroit, MI   48226
   Telephone:  313-965-2915

   *Attorneys for Defendant*

2

## Certificate of Service

      I hereby certify that on September 23, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of same to all counsel of record.

                                                   /s/Brian J. Wanca