## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| EXCLUSIVELY CATS VETERINARY HOSPITAL, P.C., a Michigan corporation, individually and as the representative of a class of similarly-situated persons,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>FLORIDA INFUSION SERVICES, INC. and JOHN DOES 1- 10,<br><br>　　　　　　　Defendants. | Civil Action No.: 1:12-CV-15429-AC-MAR<br><br>Hon. Avern Cohn |

**I.**

### JOINT STIPULATION TO VOLUNTARILY DISMISS

Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii), Plaintiff, EXCLUSIVELY CATS VETERINARY HOSPITAL, P.C. and Defendant, FLORIDA INFUSION SERVICES, INC., through their respective attorneys, hereby stipulate to voluntarily dismiss this action with prejudice as to Plaintiff's individual claims. Rule 23(e) does not apply because no class was certified. Putative Class claims are dismissed without prejudice.

Dated: September 23, 2013

By: /s/Brian J. Wanca
　　Brian J. Wanca
　　ANDERSON + WANCA
　　3701 Algonquin Road, Suite 760
　　Rolling Meadows, IL  60008
　　Telephone: 847/368-1500

　　*Attorneys for Plaintiff*

By: /s/John M. Sier
　　John M. Sier
　　Kitch Drutchas Wagner Valitutti
　　 & Sherbrook
　　One Woodward Avenue, Suite 2400
　　Detroit, MI  48226
　　Telephone:  313-965-2915

　　*Attorneys for Defendant*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**EXCLUSIVELY CATS VETERINARY HOSPITAL, P.C.**, a Michigan corporation, individually and as the representative of a class of similarly-situated persons,

Case No. 1:12-CV-15429-AC-MAR

Plaintiff,

Hon. Avern Cohn

v.

**FLORIDA INFUSION SERVICES, INC.** and **JOHN DOES 1-10**,

Defendants.                                    /

## STIPULATED ORDER OF DISMISSAL

The stipulation of the parties hereto having been presented to the Court indicating the concurrence of the parties in this matter, and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED, that all individual claims of Plaintiff EXCLUSIVELY CATS VETERINARY HOSPITAL, P.C. are hereby dismissed with prejudice.

IT IS FURTHER ORDERED that the Putative Class claims are hereby dismissed without prejudice.

This is the final order in this matter and closes this case.

s/Avern Cohn
UNITED STATES DISTRICT JUDGE